# United States District Court
## District Of Massachusetts

2022 JUN 21 AM 11: 57

Jovany Alexandre,
Plaintiff

v. David Pressley
Defendants

Ca. No: 1:22-cv-10540

## Complaint

If someone told me that I would be suing the Revere police department for 15 millions dollar at some point in my life , I would highly doubt it. What I would doubt even more is the level of complete disrespect for my constitutional rights by these officers when violating them and the malice and forethought put into violating them. In doing so they violated way more law than i can mentioned and i'm confident that anyone would be serving time behind bars or at least prosecuted for a tenth of what mostly Sargent Dean and sargent Pressley have done and maybe some other officers as well even though the rule of law  states
-everyone must follow the law
-leaders must obey the law
-government must obey the law

- Most importantly No one is above the law.   and having lived in countries other than the United States I can personally say the last one is one of the key factors that makes the US different from any 3rd world country.

Before getting to my claim for what relief can be granted it is imperative that I briefly mention the back story leading to such a claim.

1- I met Mr Benoit while delivering food to him. That night in particular ,the end of may 2021, we spoke about a few things in a matter of minutes. I reminded him about previous deliveries that I made to him and how he claimed that the dollar store glasses are better than what the doctor had prescribed him. We laughed and the conversation went to the point of us talking about his house. I asked him if he had any intention of selling ? He told me for the right price he would and the one of neighbor was highly interested and had offered him money for it multiple times , I politely asked him how much did he offer, he replied that it wouldn't be fair to disclose the any party to disclose their offer. Being to some degree an entrepreneur myself I understood. We chatted for a couple more minutes and he told me he has a better idea than selling it, a "partnership" and I should come back some the next day to discuss more.

2- After the day of the last delivery ,we texted for a few days because i could not come to him in person mostly due the company i had just created needed to be managed and my office was in New Hampshire at the time. On may 25th i texted him " we need to go out one of these

days Geno ,by the beach maybe" he replied " i appreciate your offer but i never leave my home" "do you live with anyone"i responded he replied "why all these personal questions"

I said " I was just asking , i was thinking if we are going to build the house and help each other ,why not get to know each other a bit..however i apologies" He replied"i have been through a lot in the past three years including armed home invasion so excuse me ,i'm a little on guard" At the time I thought he was using some sort of hyperbole when he mentioned he NEVER leaves his home ,or even the home invasion but he was being literal and the ARMED HOME INVASION he was referring to was from the REVERE POLICE DEPARTMENT itself. I came the next day or so from my office in  New Hampshire and Mr Benoit and I agreed on the partnership . I come up with 200 thousand and we build two properties , he stays in one and he sells me the other one for 1 dollar and I get the one he lives in after he dies. It was a win-win situation for him and I as his house was very old and it was clear that it was falling apart from the outside. This plan will change multiple times as Mr Benoit is not the most moral person.

3- The backyard was a DISASTER , there were dozens of stop and shop carts full of repugnant  stuff inside , an old sofa on the deck ect.. However, I got to work, I started putting stuff in order ,cutting the edge of the tree in the backyard,fixing the shopping carts etc.. I would come every day and get some stuff done in the yard. We spoke and he told me he had contacted a company named "Hallmark homes" and they quoted him $200,000 for everything. I was excited as I wanted to buy a house and  was actively looking mostly  somewhere in Taunton at the time that would cost me more for one much older one maybe built in the early 1900s. Also Revere was closer to not only my school but also to the airport where I practice for my pilot degree. The good outweighed the bad and it was a fantastic deal for both of us.

4- In the end of May, Beginning of June,Mr Benoit told me he was losing his house to the bank and before we could move forward with building ,we needed to pay it as soon as possible and by we ,he meant me. At first he told me he owed 21 thousand, however it turned out to be 27 thousand. I did the math and it was still a good deal. I asked him if he would do some kind of legal paperwork he said of

course, he looked amazed and very appreciative and said i was some sort of "God sent man" He told me the house was under his mother's name and his wife due to the fact that he could not put his name on it due to his credit back in 1994 and after his divorce ,his wife gave him a quitclaim deed and his mother is deceased...Long story short i had nothing to worry about and once he get the deed he would put it in a irrevocable trust with me as the beneficiary. I was a bit Skeptical however he swore he would do it. He emphasized the fact that not only was I saving his house from completely losing it but I was about to help him live his dream and more.

5- We agreed on a IRREVOCABLE TRUST and He gave me the account information for the escrow account and i made a wire transfer and a few weeks later he received the deed and when it came to fulfill his part of the agreement , Mr Benoit came up with a reason why we needed to get on the same page. I was confused as we were already on the same page and that is why I paid the $27,000. He told me he would not record the deed to his name and would write on a piece of

paper that if he were to pass away that the house would go to me, he told me he would leave that piece of paper somewhere safe upstairs.

6- I wanted to assume he was joking but he told me that THE CITY OF REVERE INCLUDING THE BUILDING DEPARTMENT AND THE POLICE DEPARTMENT have targeted him ever since he moved to the city and the last 3 years have been the worst ever since his mother had passed away and if i he were to record the deed under his name he is sure that they would come and evict him and then find a reason to justify the eviction. I felt like he played me  as he knew this before agreeing that he would do the irrevocable trust and lied about it. Later on i found out that the neighbor that was supposedly buying the house from him did not buy it because of the issue (paragraph 1 line 4)

7- From when i paid the $27000 in the middle of June to December 23rd a lot happened ,i will try to highlight some of the most relevant stuff. Before paying the money I asked Mr Benoit if i could stay in the downstairs area for a month or two (which he told me was empty and

only had a few stuff that needed to be thrown out) so that way instead of going to my office in New Hampshire from Dorchester then driving to Revere to clean the yard ect , that way i would just stay there and save more time and get more done before tearing the house down and building the new one. He replied "Jay you said something about staying here for 2 months ,you don't have to put a time limit on it brother if you here for two months or if you re here for 2 years ,be saving money in the long run and that's better for us but that choice is up to you,i'm just putting it out there" I asked him to give me a lease but he said i couldn't because he is on Social security disability and if they were to find out that I live there it would not be a good thing ,however there should not be any issues , he had no intention of screwing me over and if anything , text messages are legally binding documents. This happened before the $27,000

8- My schedule was all over the place, I was running a company by myself, renting cars to people , I was day trading stocks ,I was making food delivery a couple of days a week for 10 hours a day, i was cleaning the yard almost every day and one day i cut my leg with

a machete and ended up driving myself to the hospital,I thought i was going to lose my leg as i lost a lot of blood  came back a few days later.

9- I hired a couple of guys from craigslist to help me move out and also empty the basement at Mr Benoit where I would be staying for what I wanted to be  2 months , just to get the place ready to put the new one.  They quoted me around $400 to help me move out and do the removal from the  basement .

10- I gave them $300 or so upfront and the rest when they are done. The truck was full of my belongings and we headed to Mr Benoit. Upon arrival,the mover looked inside the basement and became very angry and rightfully so, The basement was a never seen before disaster, full of rubbish, Well picture a 800 square foot basement full with all type of stuff, like 7 sofas,20 chairs ,2 lawnmowers ect ect, the place was full of stuff to the point there was no access to the back of it. The mover left and I had to put my bed in and all my furniture in a

storage that was supposed to last a couple of days to what ended up being 6 months.

11- After the movers left I rented a uhaul myself and started taking stuff out. It was so time and energy consuming that I ended up giving up my office in New Hampshire and reducing my hours delivering food. I put my furniture in the storage and my clothes in Mr Benoit's car.

12- I was working non stop , I would go from working at Mr Benoit and having to sometimes pay people to deliver the vehicle to the guest which is a service that my company offers to accommodate the guests that fly in and are not familiar with the area or don't want to use public transportation. I almost had to cancel this service because I was not presentable as Mr Benoit DOES NOT HAVE HOT WATER,HEAT,A KITCHEN,A SHOWER which I obviously did not tell me in the beginning …. The house is basically not livable to any stretch of the imagination , I am not talking about code violation, I am saying the house is dangerous, we are talking about maybe 2000 SQUARE

FOOT FULL OF JUNK TRASH ECT.... At the time I did not mind , I fought for my dreams so I drove by my old house and spoke to a few of the guys that were playing basketball and ask for help and I would pay them, they came to help.

13- One of the kids threw up upon seeing the basement, WE WOULD SPEND THE WHOLE DAY REMOVING STUFF THAT MR BENOIT WOULD ASK US TO PUT BACK INSIDE, let's pretend we put 100 items that WOULD LOOK LIKE TRASH TO ANY REASONABLE PERSON, Mr Benoit would ask to keep it. For example broken lawn mowers that were rusty , washer pressure ,old computers, stuff that were sitting in water in the basement.

14- After a few months ,I realized we were not making any progress as  most things that we would put out MR Benoit would look inside the trash and put them back inside and WOULD GET VERY VERY ANGRY  for throwing stuff like an old light bulb away.

15- I kept asking Mr Benoit about the irrevocable trust we had talk about for months and i felt like he not only was hesitant when i mention that but he was annoyed and at some point he told me that the BUILDING DEPARTMENT HAD SHUT OFF HIS GAS AND HE LOST A TOE DUE TO FROSTBITE and if he changes it to his name they will come and kill him. He would always add Jay I'M NOT CRAZY,I KNOW WHAT I AM SAYING, I USED TO BE A CONSTABLE AND THE PEOPLE FROM THE CITY ARE CROOKED AND ARE RUTHLESS and if we do not act smart we would both lose.

16- I did not realize the type of craziness I got myself into. However, I had to move forward. I had contacted multiple general contractors ,the few that took me seriously for 1 second ,did not take me seriously the next because when they looked up the address it was not under my name nor Mr Benoit's name.

17- I tried to make him understand that we need to do something in order to build the house because they would not finance anyone that is not on the deed. He told me that he owed national grid 20+

thousands and if he put it under his name , they would take the house.Which again I did not know .Mr Benoit made it seemed that he not only wanted to built the new house but was ready

Everytime i told mr Benoit in the most friendly that he not only should fulfill his part of our agreement but also it was necessary to the advancement of the project

18- In the meantime I was mowing the lawn, putting everything mr Benoit Deemed as useful in the shopping carts in the in yard , Mr Benoit would call me multiple times a day everyday ,sometimes about noises that he would hear or whatever , i would drive to Revere From wherever i was and when i get there, it would be absolutely nothing, HE WOULD ALSO ASK ME TO BUY HIM BULLETS IN CASE THE CITY OFFICIAL COMES SO HE COULD SHOOT THEM, I always assume he was exaggerating until one day he asked me to go inside one of the room from the driveway window to retrieve something for him. There is absolutely no access to any room from the inside of the house, so i climbed through the window and again that room was a disaster, i know i keep saying disaster but i mean disaster ,i had to

bend down to my head in order not reach the ceiling , this room must have been closed for maybe 15 years , i remember one of the calendar in there was showing early 2000"s. He asked me to look on top of the closet for the box and I found it,dropped it to him and climbed out the window.

19- He opened it and smiled and said "yes 12 gauges" i asked him what it was and he told me shotguns bullets and again i was asking what did i get myself into.

20- At some point after realizing that i was working in vain i told mr Benoit ,i would find myself a room somewhere in Boston and i will look for a lawyer and whenever he is ready to empty the basement to let me know as i am working like a Hamster in a wheel, moving fast but not getting anywhere.

21- He replied in a threatening manner " if you move somewhere else,forget about our agreement, I want you here" I tried showing him that i have been spending more money than the stuff he wants to keep

are worth, i tried to explain that to him in the most simple way but it seemed like what i was telling him did not please him.HE told me he wanted me there to protect him from what was going to happen with the police when they come during the winter. I was confused. I again tried to tell him that i was not comfortable with all of this , he again told me if i do not stay here ,forget about everything.I told him i would park in the yard and sleep in my tesla  He was happy but deep down I was feeling strange, From a financial standpoint the best thing was to move out and sue him but i realized that i would lose because this is the same he was telling me as his way to prevent him from being sued,nothing was under his name. However i felt compelled morally as well as he was completely by himself and he was fun to be around quite frankly whenever he would not do something outrageous like putting a dead raccoon in the fridge in order to make a hat out of its skin. Plus One day we were talking and he REMOVED HIS BOOT AND SHOWED ME HIS TOES with a MISSING PART AND FROM BEING A PILOT STUDENT AND LEARNING ABOUT FROSTBITE I knew how painful it is So I felt bad for him

22- From cleaning the place during the day and taking naps in my car He offered me to stay in the trailer  and I agreed however upon opening the trailer, well same thing, another disaster, i could not even see inside because it was full of stuff. From wood to meat slicer ect any and everything. He told me I could go in and stay in it like we were not looking at the same thing. I told him okay but I would have to clean it.

23- He said okay ,just do not go in the back area, i hired two of my friends to help me clean it and it took us the whole day , I did not want to clean the front and not the back because the smell was terrible and honestly i would rather just not deal with it but i had no bargaining chips and i was duped.

24- While cleaning the trailer ,I found all types of rubbish, A little fridge with meat in it that was decomposed like it was there for years I ALSO FOUND 5 BUCKETS FILLED TO THE TOPS WITH HUMAN FECES. After cleaning the trailer Mr Benoit got very angry and started talking

to me in a disrespectful way, i felt like i couldn't understand what he was mad about, he would accuse me and the people that were helping me of stealing stuff from him like his butcher knife, or whatever that we would have no idea about. I could not understand at the time what was going on.

25-I ended having to buy a bed and cleaning supply for the trailer, i moved my clothes from his truck inside the trailer and stayed there and slept there. One day Mr Benoit asked me to look in the trailer and showed me 2 RIFFLES and told me the story behind them ,one belonged to a father and the other to the son and they gave them to him. I kept telling mr Benoit to get the paperworks done like he said, instead of doing it ,he purchased life insurance for a payout of 40 thousand that I had to pay for and told me that way if something happen i do not lose my money. I tried making him understand that i had already spent close to twice the payout by buying lawn mower,sump pump,weedwacker, chainsaw to cut a dead tree that was in the yard ,paying his taxes,buying a steel door to protect him from the police ,buying equipment to remove the old boat from the yard,

removing a dead tree from the yard, buying stuff to fix the roof and I did not sign up for any of this as they were all done under duress

26- I ended up staying in the trailer and moving my stuff in there from Mr Benoit's car. Things got worse everyday, It is like Mr Benoit was taking advantage of me, he would ask me to bring him food everyday with my own money,he would have me go pick up free stuff that obviously look bad and every time i would try to make him understand that we are working backward and we need to empty the house instead of adding stuff he would get mad and tell me to forget about the agreement. When i was there cleaning, if i buy myself food i would offer him by courtesy then it became an obligation ,he would call me and start screaming for food or tell me he will have a package coming in 30 minutes for me to come sign and if i tell him that i was not around he would hint that i am doing it on purpose and abusing him.

27- It was horrible, i was not showering on time, i was not eating right ,i could not really work from smelling bad, i had to use the bathroom in

the nearby hotel . i could go on and on but today is june 13th and i need to finish this and submit it Therefore i am going to speed up

28-Around October after bringing a realtor and an investor to the property to look at it ,which by the way Mr scared to death not only with the way he looks but also by screaming at the man because he thought he was a  city official. The realtor explained to Mr Benoit that he would need to record the documents with my name on it because that was the only way to get financing.

29 - This is when I found out that Mr Benoit did not even have a valid ID, so I had to order it for him. I could not stop asking myself if this man actually had any plan on actually building the new houses or did I just get scammed (yes i got scammed,after looking Mr Benoit 's court cases ,He was being sued by American Express at the exact time those events were happening) . But faith in God is what keeps me going when everything seems impossible and working against me, so i had faith that we would get the paperwork done, and i did not want a will because i had a very strong feeling that Mr Benoit would amend it as soon as anything did not go his way. I was getting more and more

tired,Physically,FInancially and mostly mentally. At some point There were maybe 30 cats in the yard that I was feeding dog food to so they can grow faster because MR Benoit wanted so,and if you guessed that also was done with my money, you would be correct. During october again, he receive a ticket from the city for all the cart out in the yard that he had me put from the basement , he calls someone from the city Tony Zambuto i believe and tell him to get this fixed because the city has been harassing him for so long , Tony tells him the get the yard cleaned in a short amount of time  ,  I end up going to a mall nearby to get someone to do it, everyone was asking 200 to 300$ a day , so i ended up finding a man that said $100 to bring the stuff back inside. Basically I worked in vain, i paid money to get the trash out and paid money to get them back in , And i pictured DJ Khaled saying to me " congratulations you played yourself". Tony zambuto did not do anything so Mr Benoit wanted  to go to the building department and told me to force them to remove it, i tried to tell him that is not how it works and he has to appeal it a formal way but told me to go and force the lady at the front desk to do it, obviously i could not do that . The lady called the manager Michael Wells and put him on the phone with

Mr Benoit and they knew each other very well and they started screaming at each other. After I got to the house Mr Benoit explained to me that someone had died in his house and the detectives mistreated him and had him stay up for more than 36 hours especially detective Doug Zingalli. And he called the FBI to let them know and he got some fired , he alleged. Around the same times MR Benoit had me purchased a door that someone from the city had just took from someone house on craigslist , I tried to tell him that buying the door was a waist as we had no where to put them, and he got mad and told me it's going to be for the new house. I told him that the architect will not build the house according to the door and we should not buy it. He got mad and hinted at canceling out agreement again so i bought it, the mad came with the a city truck and i paid him $400.

30-  Fast forward to December, Mr Benoit and I agree to get the paperworks done. His main concern is that he is the one in control of most of the shares of the house,like a 60/40 split. It was getting extremely cold and there is just one outlet for the entire house because of the hoarding situation. I would sleep under the blanket with

a heater under it,and whenever the fridge turns on,the fuse will pop and I would have to call Mr Benoit, who was sleeping or would get mad That i could not sleep in the cold like him. It felt like a part of him wanted me to feel what he was feeling even though I had nothing to do with it.

31-We had an appointment with a lawyer which was coming up in a week or so, to figure out the paperwork and how to draft them. Every day felt like years as I wanted this to be done because I was on the verge of something that I can not even describe . In the meantime Mr Benoit gave me an ultimatum to move inside of the basement and leave the trailer. Unsafe is the best word to describe this basement,Hell would be a more appropriate one, the basement is so bad that an electric company that came to fix the electricity because a four feet flood short circuited the fuse , the company charges 95 dollars or so just to look diagnostic, they waved the fee and just decline the service. That is how bad the basement is. I told Mr Benoit that I would move before Christmas, he told me I better do so because he is tired of being inside wondering if the police are going to come kill

him at night and i would not be inside to defend him, and he has enough rifles for the fight . I even told him that we should look for a different apartment somewhere in New Hampshire , I could tell he did not want to. He would sometimes tell me, he has a lot of guns upstairs or he wants to die in his house ect.

32- The day of the appointment came, and i kept calling MR Benoit ad he did not pick up, He picked up after the time of the appointment and told me his stomach was hurting, i had to play like i did not understand and i believed him and he went back to ask me about when i would be moving. So I ordered a pressure wassure and I brought my carpet inside the basement. I asked Mr Benoit if honestly there was something bothering him about the paperwork and if we were ever going to do them in order to build the house, he said he wanted to make sure I do not have the power to throw him out the house and he remains in control. I went and found exactly what he wanted a "LIFE ESTATE DEED" I told him it was easy to do, it's just like getting a sample online and changing the name,however he wanted a lawyer to make sure i don't trick him. I honestly felt offended and stupid, i spend

27 thousand dollars without a lawyer or even researching the property however i spent the $1200 with a lawyer i found online "THE HERITAGE LAW CENTER".

33-ON december 23rd 2021 i crossed my fingers, i prayed Aand thank God the paperworks was done. The lawyer carefully explained to Mr Benoit about the rights and the responsibility of the Life tenant which is him and the remainderman which is me. While there the lawyer spoke to him about other paperwork like a will, healthcare proxy and power of attorney ect, and Mr Benoit wanted to do them. Quite frankly all I wanted was a paper that cannot be undone to save my investment. He even wanted to do paperworks to so I can get his illegal rifles when he passes but the  lawyer did not do it.

34- We did the paperworks and we went back home, i felt some relief. It kept getting colder and colder and i could not stay there anymore,I too many time offered mr Benoit to move somewhere else, he declined each time. I asked a friend of mine if I could stay there until February. She said yes, and by staying I meant sleeping. Mr Benoit

and I had a back and forth in January. He wanted to buy a Propane stove from someone to put in the basement so he could cook. I tried telling him that was not a good idea for multiple reasons, number one- there is no hot water nor sink to do the dishes ,number two I do not like propane, number three Mr Benoit had told me he has a bunch of propane tank full upstairs for next time the police comes he would just shoot at them and make a blast killing himself and everyone there. He was very angry so I went anyway to get it but thank God the deal did not go through because the guy had sold it and again Mr Benoit blamed me.

35- throughout those december january and february i kept coming to bring Mr Benoit food and Frankly the upstairs is so bad that you cannot see the bottom half of a fridge that is standing there, the place is full with trash. The whole time I thought it was mostly due to his physical disability but I was also wondering how those heavy objects could be put there by an handicapped person.

36- After Noticing that i was not sleeping there Mr Benoit begin getting mad ,and everytime i would try to tell him to go start helping me by allowing me to remove the stuff from the house and get rid of a STORAGE HE HAS HAD FOR 15 YEARS according to him . He would get mad and accuse me of doing cocaine ,of being narcissistic , He would say things like I am acting up because I have heat and shower and he is stuck in the cold. I offered him countless times to move to New Hampshire with me while I empty the house little by little. He would stay in bed( by bed I mean the 2 liter pepsi full of urine ) for weeks , telling me his arthritis. And again I would offer and he would find something to say . All he had was a hair dryer and my sheets that I gave him to warm up. Regardless of everything, i felt very bad for him and knew that once we build the new houses ,he would be able to get government help or a caretaker so i kept pushing and trying to explain to him the best way i could that he needed to empty the storage , and put the money toward his taxes and to re order his EBT card so i can stop spending thousands a month.

37- He told me to go to a place in Chelsea I believe to get it , i told him they would not give it to me because he needs to be there. He reminded me of the paper of attorney paperworks that would allow me to do that. It did not work but he ordered it online and gave it to me. Mr Benoit had almost $1000 on the card while for 9 months he had me spend my money to feed him,he would send me big list with more than 40 items that i had to bring him almost 3 times a week, Mr Benoit drink maybe 3 diet pepsi a day and no water all this with my money. And I forgot to add that I was paying his phone bill as well for more than 6 months because he told me he had no money and the government was barely helping him and he was living on $3 or $4 a day.

38- In the very beginning i did not mind because i saw it as an investment where i will soon get rental income and have two properties and make a friend. Then it became an obligation and there was no sign of no rental income coming anytime soon. But there was a mixture of feelings, like a moral obligation, not a legal one but a moral one.

39- In mid february i sort of realized that Mr Benoit had no plans on moving forward after he started to accuse me of wanting to steal the equity from his property to put in my company or even wanting to steal his $20,000$ worth of cabinets. I had scheduled a surveyor to survey the property upon the architect's request. I asked Mr Benoit if i should cancel it ,he said no , well he came and i owe him $3000 till today.

40- I told Mr Benoit multiple times that if we are not going to do the place to tell me so i do not waste my time, we would schedule a time to go empty his storage but he would just sleep through the day, i told him at this point i was tired and could not keep wasting time and money. I wrote him a letter to basically give him 3 options to move forward ,number one- he pays me the all the money i lost and invested from working there, number 2- i buy his part of the property for a reasonable price, number 3 - he abide by the contract and make sure he does not devalue the property and pay his taxes to secure my part of the investment. And I decided to look MR Benoit online and realized he was sued multiple times in multiple counties and he was maybe a big scammer.. I also told him I would not be using my credit and

money for a house I had no control over and I would not want him to start filling the new house with stuff and I can not get tenants and the bank foreclose it. I was not about to make the same mistake.He called the letter an extortion and told me he would sell the property to the neighbor. realized i was right for wanting to get the right paperworks done because legally he would screw me over.


41- After the last shopping I did for Mr Benoit where I gave him the letter with his EBT card and Decided to change my life, I did my resume and applied to be a police officer. I went to do a physical test which I passed and was looking to leave Boston. I told Mr Benoit to give me an answer to the letter in the following days.

A week or so went by since i made the last groceries for him and i felt bad and i told him ,i would come get the card from him and do groceries for him one last time until he answers.


42- The day in question my RED TESLA got damaged by a customer and I had to drive to Vermont to go get it and I told Mr Benoit i could not make it that day. He started threatening me, calling me a piece of

shit ect and told me he would get my motorcycle towed and to come
upstairs he was a man so he could show me.

THIS IS THE PART WHERE I WOULD REALIZE HOW
RACIST AND PREJUDICE AND INDEED CERTAIN OFFICERS CAN
BE AND FACING LITTLE TO NO CONSEQUENCES.

43- After a few day late  february i went to the police station to ask for
assistance for MR Benoit, I explain to the officer he had not eaten for i
do not know how long and he was disable and was living in horrible
living conditions and could die there from either starvation or the cold
or sanitary reasons. He told me to contact the court for a section 35 or
the task force I believe. I tried calling however they told me ,in order to
help, the person has to want to be helped. In other words, it had to be
voluntary and Mr Benoit was not going to allow that, so I went to the
court to explain  the situation, and appeared in front of hon. J D
Prince, who told me that the grounds to allow a section 35 were not

met in my affidavit , i explained to her that Mr Benoit expects me to bring him food ect , she replied i do not have to. I went back to the station and met with sargent Pressley in his police uniform

44- As i explained the situation to him, he seemed concerned and he ask me for the address right after i gave it to him, he said : i know who you talking about this man is crazy, he is a hoarder , i asked him what a hoarder was, he said someone who collects junks ect shopping carts and stuff . He told me they have tried to section him countless times but to no avail. He advised me to go and call 911 and request a well being check. Which I did twice  and Revere PD called me back and told me to come by.

45-After i got to the police station Sargent pressley said to me the man does not allow no one on  his property,and never opens the door and the last time they kicked it broke it but still could not get in. I told him that I live there and I was MR Benoit's proxy and I had the keys. He said well that changes everything and to meet him by the church around the corner.

46- I went by the church and he met with Brenda Galvez in her police uniform to go in with him. I advised him that i had my firearm in my holster and if I should go in with him and leave my firearm in the car. He told me carrying was fine and if Mr Benoit had firearms, I told him i believe yes,however to not hurt Mr Benoit… We went in and tried to open the basement door and it could not be opened. I knew that Mr Benoit would put wood in the back of his old door that the police had broken and after a few kicks ,it opened.

47- Officer Galvez could not even look at the inside as it was nasty, as mr Benoit was speaking i overheard he said "he pointed a gun in the back of my head" or something along the way ( the body cams will be included in the subpoena that i would ask the court to please grant in the discovery process ) i started chatting with off Galvez as we moved away from the door , she asked what was my relationship with mr Benoit, i said business partner and Healthcare proxy.. We talk for a few and sargent Pressley came and demanded that i opened the door to the trailer , because Mr Benoit had demanded so ,and conducted

an illegal search ( roommate cannot demand for search in another

roommate room when the roommate is present and does not consent)

Sargent Pressley had no probable cause either, because when he

recovered two rifles in the trailer that Mr Benoit had told him were

supposedly mine( paragraph 25) he did not and could not make arrest

me because i had  a license to carry and i'm guessing did not arrest

Mr Benoit because of the Trailer was not considered Mr BEnoit's

residence but mine because if so they he would have  to arrest him

unlawful possession of firearm or even constructive possession of

MGL 269 section 10.

48- So he could and he did search the property for the firearm and left,

on the way out ,i asked him if they were going to help Mr Benoit with

the house situation he said " the only way to help this man is to light a

match and set the house on fire." and he left in his cruiser so did I , I

was a bit shocked that he did not help Mr Benoit however it was too

early to realize that Sargent Pressley lacked a moral compass and his

PREJUDICIAL ways would cause me so much pain and suffering in

the coming up months till today.

49-The next I came and to get some clothes out of the trailer and to get my motorcycle that mr Benoit had threatened to get towed (paragraph 42) as i was jumpstarting the motorcycle, mr Benoit sent me a text calling me a trespasser ect and then he would be calling the police,I did not mind. My grandfather used to tell me, try your best to do right ,fear God and fear no men, they bleed just like you. So i got used to people telling me " do you want me to call the police" expecting me to run away,and i would tell them yes please call them, i can not count how many times the police was called on me for getting in my cars or fixing them or leaving notes in them after i would drive with my ugly prius to pick up something from them. It had actually happened in Revere a few weeks prior to that, i was fixing my tesla tire and someone thought i was stealing it and said "WHAT ARE YOU DOING WITH MY CAR" and pull out their key that clearly said Honda on it , i laughed at them and ignored them then they called the police. I know this is irrelevant to the story but the point i want to make is that people are free to have their preference, say what they want or even be racist ect..the problem is when you have people with THE ABILITY

OR CAPACITY TO DIRECT OR INFLUENCE THE BEHAVIOR OF OTHERS OR THE COURSE OF EVENTS ( power ) that have a badge and is part of a big system that is a bigot then it becomes a huge problem very very quickly . But I did not think that Police officers here in America could be just like police officers in any 3rd world country . And by police officers im referencing to the one that violated my right. I will not assume every officer that is truly protecting and serving is a nincompoop like some officers from the Revere PD.

50- MR Benoit calls the police , I see a couple of cruisers approach and ask me what I was doing ? I told them I live there, among them Michael Tiso  which is a disappointment to the department also (alongside SGT Pressley and Brenda Galvez and let's not forget Sgt Dean),who ask me for my motorcycle key and demand that I bring proof of ownership to get it.

51-I go to my friends house where i keep some important paperworks and return to the police station and  show it to them and i believe they told me they would send a cruiser to escort me, i get there, the bike is

registered under my company "MPR AUTO LLC" and i show the title Officer Sabino which by the way should be promoted for her professionalism and SGT or LT Carrey which was also polite , as i was about to look for the title i advised them that i had a firearm and had a license for it, after verification ,I still could not retrieve it because Mr Benoit had said to them that i had an agreement with him and i owe him money for storage, he demanded that both the police and i leave his property , i tried to tell the LT that i RESIDED THERE , and showed her the DEED to the property that listed it as my address But she told me it is a civil matter and i needed a court order to get the vehicle.

52-As Off Sabino was trying to reach Mr Benoit from the back of the house She asked me if SGT Pressley did not tell me that i CANNOT come here no more.,I said no he did not.

The lieutenant was polite but I felt like she was not acting normal. It felt like she received an order and told me to not come back and fix this in court. And later found out in both SGT Pressley's report an SGT Carey 's report that SGT Pressley gave everyone the heads up that I

was trying to steal Mr Benoit's house within hours. With no facts even though The police academy teaches to not make any uninformed decisions without facts.

53-I went to a couple of different police stations including the state police to get their perspective on it. I was advised to report it stolen since I could not get it. I went to the State police and they could not do it because it was out of their jurisdiction and needed to go RPD

54- i went back to Revere PD and Spoke to LT Chapman which at the time i spoke a bit harsh to, Because i was thinking about Mr Benoit as a victim that lost toes due to them and told it was a federal crime ,he offered to go get the motorcycle with me and i said no, i want report it stolen because i want Mr Benoit to go to court for the mistreatment he received and Bring THE HUMAN RIGHTS VIOLATION TO LIGHT.

55- I went back home and came back to the station the next day and spoke to officer Duca   which too was apprised by SGT Pressley as well that i was a criminal that is trying to steal MR Benoit's house did

not want to give me an incident report therefore after spending more than 3 hours in the police station off Duca gave me a METRO CALL LOG telling me it is a report and i could take it to the court.

56- At the same time Mr Benoit was texting me telling me ,we should figure it out and it was all the Lawyer's fault for doing the paper wrong, he did not want the police not social worker there ,at first i told him yes, i was even planning on contacting "hoarder" the tv show so they clean it for free. He told me the city are thieves  and all they want is to steal his house, they had no intention of helping him but to kill him and steal the house. I mostly wanted Mr Benoit to go to have to go to court so he can bring up the fact that he has been sleeping throughout the winter with no heat for a couple of years but i realized that MR Benoit was definitely a liar and maybe wanted me in jail after a conversation he had with my girlfriend claiming that the riffle were mine and i am under investigation and i better get back to working for him otherwise he would go to elderly abuse and have me arrested. After that I wished him good luck and told him to stop texting me.

57- After I went to court with the call log that Off Duca gave me, the clerk told me it was not enough and why is it me that is pressing charges , it is usually the police that does that. I went back and was not happy after being played and lied to by the police. I asked them to give me a proper report. I spent almost the whole day there, while I was there waiting in front of at the window SGT JACKIE DEAN approached me and said " where is the gun?" i was shocked , i found his approach very dirty and disrespectful , the only thing that was dirtier than his approach was his uniform full with crumbs , i replied " what gun?" he said what do you have under here i showed him my holster , he said i know you have a license to carry where is the gun, i said i do not have a gun on me, then he asked me for my ltc, i said "i don't have to show it to you because i am not carrying" plus i found it out of place to ask me for a license to carry when not only he knew i had one and i had no weapon on me. He asked me if it my gun was in the car , i said no, he then ask again to see my ltc i said no then he said " WELL ,I THINK I WILL JUST GIVE A CALL TO THE CHIEF OF MEDFORD SINCE YOU WANT TO GIVE ME ALL THESE HYPOTATICALS" which he would do about a month later ,then i said

ok and showed it to him. Another taste of the power of the badge for me. I asked OFF Tiso to give me the report, he told me my paperworks needed to be printed and I ended up leaving. Before leaving i told off Tiso if they were feeding mr Benoit or helping him, he said yes, which at the time was a lie because Mr Benoit told my girlfriend that his no one was feeding him, off Tiso responded, this is revere and not boston nor NH , we take care of our citizens, we get a lot of federal grant for that. then i left.

b) I came back the next day hoping to see a different officer ,but Off Tiso was there that day and asked for the same documents again, i believe i handed him the title for my tesla instead of the motorcycle by accident , then gave him the right one, a few moments later he told me that my paperworks were not legit and i do not own MPR AUTO LLC, at the time i was not offended much. After a bit i showed him on the secretary of state website that i owed it with my name on it and he should apologize.

58- he responded " APOLOGIZE FOR WHAT, I'M HERE TELLING YOU WHAT YOU GOTTA GIVE ME AND YOU ARE TELLING ME OTHERWISE, YOU ARE STILL HERE TRYNA GET YOUR BIKE RIGHT? SO I WOULD SAY I'M RIGHT " in fact asserting his power. I replied a told him that the bike belongs to the company that i own his response was "YOU KNOW THAT'S NOT LEGIT BRO, YOU DO NOT OWN THAT, AINT NOBODY STUPID, WERE IS YOUR W2...." i was more offended by that as i felt powerless by an unenlightened officer trying to school me( exactly what i was saying about the system paragraph 49 last lines) I proceed by telling him that i want to press charges for larceny per MGL 266 section 30

59- SGT Pressley arrived and off Galvez , i told them i want to report my vehicle stolen ,He told his officer that was present not to help me because i was trying to steal mr Benoit's house ,they were asking me question about how i became Mr Benoit's proxy, at first i was responding then i remembered that SGT Presley had forwarded his report to the Attorney General and the district attorney listing Mr Benoit as a victim (265/13k/c) i decided to remain silent on this topic

and ask for the report for stolen vehicle . He got mad and made a false report alongside off Tiso which is a crime and he told me in a threatening not to go back there and to be ready to go to court and demanded not to go back there. I asked him when was court and he said he did not know i ask him which court, he said he did not know and i gave him my address and mailing address for any documents to be sent

. In the mean time Off Galvez began screaming at me, telling me if i live here why would i report the vehicle stolen ,i am STUPID. I told her i want to report it stolen because MR Benoit is denying me access to my property.She replied " WE ARE DENYING YOU ACCESS NOT HIM" I replied no he is ,she off Tiso replied " DO NOT GO BACK THERE, WE ARE TRESPASSING YOU,IF YOU GO BACK , YOU WILL BE ARRESTED". I said "fine why are you trespassing me" ,she replied " FOR AMOUNT OF REASONS", i asked them if i get to make a statement for my report , they were screaming,told me if i keep talking they would not do it then gave me a reference number.

60- I came again the next day to pick up the report , It was nothing that i asked for , but again what can i do, i went to the court to ask for a court order to get my bike, they told me that is not the procedure, i could sue the person or report it stolen, i said the police wont  help me , the lady seemed shocked and gave me the form, they told me the hearing will be schedule in 6 months so i go back to the station the next day.

61- it is at the point that they are tired of seeing me and i am tired of going there.

 I get there, i wait for maybe 30 minutes , a lieutenant come out, very polite and courteous,

I start explaining the situation to him about having my bike there and my clothes ect ,he asked me about the address of where the bike is located ,i tell him ,he replied " I KNOW EXACTLY ABOUT MR BENOIT'S CRAZINESS, THERE ARE SOME PEOPLE YOU JUST CAN NOT HELP, NOT ONLY HE IS A HOARDER BUT A FEW YEARS AGO SOMEONE DIED IN HIS HOUSE AND HE DRAGGED THE BODY OUT OF THE HOUSE,WE ARE GOING TO GET YOUR

BIKE" as we were talking someone else walked in and told him we cannot go as some bigger agencies are involved. I was appreciative of the LT and left.

62- I left , MR Benoit would keep calling me and texting me with threats that he would get me in jail. I kept asking him to stop texting me but he would not. I got a conditional offer from a police station that appear to be the opposite of what i have mostly experience so far, they do judge based on look, the problem was i was running out of clothes and needed to look presentable , all my clothes were in the trailer that i was trespass from by the RPD in a matter of hours. I went back there on the police station after a week or so from not hearing from anyone about any case, on april 4th i went back to the station to ask them to escort me to retrieve my belongings, Sgt Dean (paragraph 57) volunteer to go to the residence , while there, according to their reports, off Galvez told dispatch that Sargent Pressley which is not a detective , but a street supervisor which i have no clue what that means, has been handling the issue and informed them that i was not welcome to the residence.

63- I did my best to Make Sargent Dean understand that i had no clothes to wear but he is so racist ,he did not care and was playing chess with me, i even told him , by law Mr Benoit had to evict me and i did not need a court order to go to my residence to get my clothes. I TOLD HIM THERE IS A THING CALLED "DUE PROCESS"and you cannot bend the law to whatever you want, i told him my clothes were inside ect. He did not care,while there the neighbor Alarcon Daniel comes with a phone and tells SGT Dean he has not seen me since November and I took all my stuff which is lying to an officer and it is a crime. Personally I do not think SGT Dean should be a police officer, he has ego issues and will violate the people's right to keep his ego inflated (i will show a video of the events in trial). He told me I needed a court order to get anything and if I took anything, even my clothes he would press charges . i left and went to the court the next day

64- I asked them for a court order to retrieve my vehicle, they ASKED me where do i reside, i said where the bike is located, they asked me if i had a restraining order preventing me from  going,i said not that i

know of. The lady said why don't you just get your bike, i said the police told me i would be arrested if i go. She went to the back and called the station and came back to me and told me yes i need a court order, i said to her " a few seconds ago, you told me i could go there and now you are saying i need a court order,she started stuttering and said well they are filing a restraining order against you, i told her , i want to file one as well , she told me that is not what you came for and you need 3 separates event , i asked to get the paperworks and left.

65- I went to the property and quickly grabbed some of my clothes as I was shaking frankly, the neighbor Daniel (which started i saw removing belongings from the property and replied "fuck you" to me after i asked him not to throw anything away behind my back until i solve the situation saw me and jokingly threatened to call the police saying that I was breaking and entering. As I left I received a call from the Medford Police Department , asking me where I was, they told me my license to carry is suspended and I need to surrender my firearm immediately. Sargent Dean had done what he told me he would do a month prior.

They suspended my license for suitability even though MGL part 1 title

xx chapter 140 section 129b (d)  clearly states the decision shall be

based by the preponderance of the evidence that there exist

RELIABLE ARTICULABLE  AND CREDIBLE INFORMATION...

somehow mr Benoit convinced Sargent Dean that i pointed a gun in

the back of his head at some point and that is all it took for him to write

the perfect report to send it to Medford PD like he told me and cause

me to lose my LTC without no charges being pressed against me nor

an investigation done.

66-  If SGT Dean took this accusation seriously he would have no

choice but to arrest me and press assault charges on me And let's not

forget that Mr Benoit did not call Sgt Dean on his number and unless

he had dealt with Mr Benoit before he would not have any idea of the

authenticity of the caller. They asked Mr Benoit if they could verify the

trailer, he said no  and he wanted the police off his property, He told

me Mr Benoit has right and if he does not want them their they cannot

go , i told him he had probable cause due to the fact that i am telling

him that all my belongings were in the trailer,and Mr Benoit was lying

to him , he said no he cannot , I see how biased he was and called him just that.  however 6 days later or less, they appointed Mr Benoit a social worker Nicole Palermo which is the city's first social worker which IRONICALLY HAS A MASTER IN MENTAL HEALTH WORKING TO GET HER CLINICAL LICENSE (  i don't know her but i am happy for her, she is in her 20's just like me , and maybe she got some push from some family member that works in the city to help her in her career while i got to face all this to make it , I am a tiny bit jealous quite frankly haha)

67- My license to carry gets suspended  in less than 24 hours from the last interaction with Sargent Dean and then I get to the police station in Medford to get some paperworks. They were waiting for me like a drug lord that got extradited to them.

68- They told me the Revere Police Department wanted my license suspended  and I had to surrender my firearm. If not I will be arrested because it is a crime not to return it. The way to clear it was with Revere and once I cleared it I would get it back.Indeed violating the 18

U.S code section 241(if two or more person conspire to injure oppress,threaten or intimidate ANY person in ANY state,territory,commonwealth,possession or enjoyment of any right or privilege secure to him by THE CONSTITUTION OR LAWS OF HAVING SO EXERCISED THE SAME... THEY SHALL BE FINED UNDER THIS TITLE OR SENTENCED TO PRISON FOR NOT MORE THAN 10 YEARS..) I had to go see the captain at the police station where I got a conditional offer , And they were doing a background check on me at the time. God knows how I could not sleep at night. They liked me, I liked them, I got a conditional offer and now boom, I have to tell them that someone with hoarding disorder is accusing me of pointing a gun at them and that is why my ltc got suspended..

69- I emailed SGT Turner from the Revere PD asking him to give me a letter to clear my name or if they had intention of pressing charges because I cannot have my firearm gone just like that. He told me they had no intention of pressing charges and I had to appeal it. Until today he has not replied to my emails, almost begging him to give me a letter so I could give it to the Medford Police Department . Basically

the allegations are serious enough to have my ltc removed in less than 24 hours but no charges pressed so i cannot get it back. Another demonstration of power.

70- on april 8 i go to the police station to press charges for the false police report Mr Benoit filed and to file a complaint against the officers Like Michael Tiso, Sgt Dean and officer Galvez, unfortunately I saw SGT Pressley and when i asked him to make me a report for the false police report that Mr Benoit has made, He told me no, I asked him if it was against the law to make a report ,he said with a threatening manner for me to get the report he will press criminal charges on me, i told him that is fine , he thought i would be scared but i was not, he called off Sabino which was nearby to join us as i was filing my my complaint , i added the fact that he had threatened me to press charges , he said " i did not threatened you, i have my witness here, you want to take charged on him for false report, maybe i should take charges on you for false report for having me try to section him, the man has no problem, he has the opposite of OCD..." yet his report states otherwise .

71- I filed my complaint and asked for the report to be made which if you guessed was denied you would be right. I asked Off Sabino to please make me the report and she said no she can't because SGT Pressley told her so, I understood and left. SGT Pressley would retaliate later ,again breaking numerous state and federal laws

72- I could not eat , i could not sleep, was just thinking about how i just screwed my life , however there is a french quote that says " A qui perd tout,Dieu reste encore" so i prayed , my back started killing me, i could not stop crying quite frankly , i said Mr Benoit was right about them and he is one of them. By this I mean a criminal. I started fearing , i lost my guns, I could not go back to retrieve my clothes and frankly I was just waiting for them to make up something and take me to jail.I have had back pain from stress till that day and have been taking pills to sleep at night.

73- I felt powerless and started researching online and I came across an article that describes what to do when Officers make false reports purposefully and are committing crimes like that… a few  days later i

rushed to the federal court and filed the lawsuit. And frankly i wanted to serve them Immediately because i felt like any second they would make something up and put me in jail which SGT Pressley still tried but God is always good. After I was told to serve them, I could not find anyone to serve them . I looked everywhere and found a constable that would charge me $100 to serve Mr Benoit but he did not want to serve the police officers. I told him I would pay him $100 more just to drop the others off at the police stations which he accepted.

74- ON april May 30th after coming from church i went to the police station for another attempt to get a letter or something to clear my name, i started talking to off Duca and i told him how i lost my ltc , he was shocked and told me that they cannot take it and because the 258e is not the 209a which has the statute to take firearm and mine was suspended on the 5th and the harassment prevention order was granted on the 25th . I was confused about the HPO as if there was someone harassing someone it was MR Benoit Harassing me, i asked him if they did not need to serve me and how was i going to be aware of it, he told me politely well im serving you now.

75- the next day i go to the court and ask the lady if i could see the paperworks, she plays deaf and ask which one , i told he the same one i needed 3 separate events for (paragraph 64 )

76- Upon looking at it at the complaint you do not need to be a genius to understand that it is fraudulent . it states that on or about april 4th ( paragraph 62) i put him in fear of imminent SERIOUS PHYSICAL HARM , Attempted to cause him physical harm . And the reason MR Benoit had to say these is because for an Ex parte HPO to be issued, because the 5th amendment clearly states that no person shall be deprived from life ,liberty or property without due process of the law so he had to be coached by someone to make the threats look real and imminent.

77- The affidavit was written by judge J D Prince( paragraph 43 ) on april 25th however the paper was signed by Eugene on the 20th of april , prior to the affidavit and there was one witness and one police officer . Now let's play a game of guessing which one is the witness…. Here are a couple of hints, she is in her 20s , she has a masters in psychology … yes Nicole Palermo

And now the officer is the street supervisor that told me he would accuse me of stealing Mr Benoit's house ..yes Sgt Pressley. Conspiracy again.

78-now ,I'm looking at the affidavit and noticed that MR Benoit made countless claim that he said happened in early April, however he stated that he had not seen me since november  those two statements were contradicting i was hoping to point the inconsistency to the judge and was hoping that the inconsistency would be enough to not issue it but to also charge sgt Pressley with Subordination to Perjury per MGL part IV title1 chapter 268 section 2.  Now I could have ended up in jail, with a criminal record, without being able to work or be a pilot, just by going to my residence and getting arrested for a harassment prevention order made with forethought with malice, by a police officer who swore to uphold the constitution and protect and serve. I think maybe he is doing that but not for second class citizens which to him I am and to put me in jail or depending on the time that i go there shoot me, and it would be simple, their lawyers would file a motion to dismiss and since i would be in jail or dead ,i would not respond to

their motion and boom case dismiss, I would have been one among many complaining about an unfair system that failed me. But i do not believe so, I have been writing this for the past weeks and sometimes i cry writing it,sometimes i think about something funny ect.. But I have faith in God, and one of God's Character is Justice so I know I will get justice.

79-   During the testimony Mr Benoit made me laugh as he stated  that i pointed a gun at him during the summer of 2021 while i brought him chinese food and we had ice cream right after... During cross examination , Mrs Palermo was feeding Mr Benoit's line  which I pointed out and stopped. I pointed the inconsistency to the judge and ask mr Benoit how come he testified today that those things happened in 2021 but his affidavit said early april The judge replied "sir this is the court's finding"  i did not want to argue with the judge and get cited with contempt to court even when the judge was asking Mr Benoit a bunch of leading questions,which surprised me a lot.  Mr Benoit also lied under oath stating that i came by his house with a bunch of AFRICAN AMERICANS  in my red car which is the car that has been

in the car accident since march till now is sitting at the shop(which is a hate crime) and SGT Pressley testified and God knows how much i cannot wait to bring those transcript to court. I think he should be terminated as a police officer or given an IQ test.

80- The HPO was issued anyways and as the judge pointed out ,sgt Pressley 's testimony played a big role and as of today i appealed it,i appealed the decision to suspend my LTC.  I have lost most of my belongings already from the RPD illegally evicting me from my residence.

81- I looked for counsel and could not find, i do understand why some people that looked like me turn to crime, sometimes it is because they are treated as criminal by criminals that pretend to fight crime but are just powerful criminal because they have a badge that makes it legal however the downside with judging someone by their appearance is that you do not really know them and little do you know ,they might checkmate you.

God with 1 is stronger than an army !


The Officers from revere police department have violated my:

2dn amendment right: the right of the people to keep and bear arm shall not be infringed

4th amendment: The right to be secure in the persoon ,houses ,and effect ,against unreasonable searches and seizures shall not be violated, and no warrant shall issue, but upon PROBABLE cause ,SUPPORTED by OATH OR AFFIRMATION and particularly describing the place to be searched and the person or thing to be seized.

5th amendment : The right to remain silent

14th amendment: no person shall be deprived of life liberty or property without due process of the law


-They discriminated against me pretending to be helping someone they for  a long time knew had mental issues which is a crime.

-negligence

-negligence per se

-failure to investigate

-failure to protect from harm

These sort of targeting is not a safe thing to do to members of the public,as this is clearly going to affect and change some people's philosophy and not everyone react the same when they are targeted on a high systemic level as such, involving police departments ,district court ect. And Frankly think about if what you are doing was done to someone you love,how it would affect you. It is to be noted that Hoarding disorder is approximately 2.6% with higher rates for people over 60. Please research it on the American psychiatric association

06/19/2022

Jovany Alexandre